# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH CARRIERE,<br><br>　　　　Petitioner,<br>　v.<br>DEBBIE ASUNCION,<br><br>　　　　Respondent. | Case No. CV 16-07793 AFM<br><br>**JUDGMENT** |

Pursuant to the Decision and Order Denying Petition for Writ of Habeas Corpus (28 U.S.C. § 2254),

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: September 26, 2017

_____
ALEXANDER F. MacKINNON
UNITED STATES MAGISTRATE JUDGE